United States District Court
Southern District of Texas
**ENTERED**
August 09, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AARON HOBBS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00047 |
| RYAN PECK, | § § § | |
| Defendant. | § § | |

## ORDER

The parties have announced to the Court that all matters in dispute and controversy have been settled. (D.E. 47). The parties seek sixty (60) days to finalize dismissal documents. Therefore, the parties are **ORDERED** to file with this Court, on or before **September 28, 2022**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the parties are **ORDERED** to appear before the undersigned on **October 5, 2022 at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further **ORDERED** that all current settings before the Court are **CANCELED** and all pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
August 8th, 2022