United States District Court
Southern District of Texas
**ENTERED**
October 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AARON HOBBS, | § § § | |
| Plaintiff, | § | |
| V. | § § | CIVIL ACTION NO. 2:21-CV-00047 |
| RYAN PECK, | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is the Joint Stipulation of Voluntary Dismissal with Prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 51); FED. R. CIV. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **DIRECTED** to **CLOSE** the case. The parties shall be responsible for their own attorney's fees and court costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
October 26, 2022